**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al*<br>No.: 2:25-cv-12020-RMG |

## NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Paragraph 6 of the Second Amended CMO 28, the entire action of each Plaintiff listed in the attached Exhibit A is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claims for the underlying dismissed claims.

Dated: January 21, 2026

Respectfully submitted,

By: */s/ Joseph Y. Shenkar*
**Marc J. Bern & Partners LLP**
Joseph Y. Shenkar
South Carolina Bar No.: 77769
Fed. Bar No.: 10861
101 West Elm St. Suite 101
Conshohocken, PA 19428
(212) 702-5000
JShenkar@Bernllp.com
*Attorney for Plaintiff*

# Exhibit A

| Case Number | Case Name | Plaintiff Name (if injured party is deceased or Incapacitated, style as "PlaintiffName o/b/o Injured/deceased Part Plaintiff Name" |
|---|---|---|
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Matthew L Adams |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Isaac Dent |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Dan Lough |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Michael Coulter |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Amy Maynard |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Timothy Brantley |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Louis Crow |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Joshua Garcia |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Doug Nelson |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Guy Meredith |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | David Black |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Shaun Ruark |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Timothy James Butler |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | William Melton |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Brandon Marchello |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Kenneth Dawkins |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Joshua Manley |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Candy Laird |

| | | |
|---|---|---|
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Christopher Henderson |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Richard W Bone |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Shawn Lybarger |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Thomas Lier |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Timothy Brooks |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Robert Savage |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Tom Arriola |
| 2:25-cv-12020-RMG | Abernathy et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Michael Jones |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 21, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

By: */s/ Miranda Emerson*

Miranda Emerson, Paralegal

Marc J. Bern & Partners LLP